# EXHIBIT A

5:15 AM

August 15

Your Honor Judge Philip S. Gutierrez:

First of all, greetings to you, Judge Philip S. Gutierrez. Today I am writing you this letter to tell you a little about my life.

In advance, I admit that my past life has not been so good, and I didn't do good things. For that reason I went to prison. The last time I was deported I went back to Mexico City. I had a beautiful baby daughter. I tried as hard as I could to find a good job. It was very hard to make ends meet. My mother is already elderly, and the mother of my child is addicted to drugs. I take care of them. My brother was helping me with this situation. Around that time we found out that my brother was infected with the HIV virus, and he began losing his defenses little by little. He was fired from jobs because he couldn't keep up. He is getting weaker day by day. I tried to look for the possibility of crossing the border into this country again. I had the chance to come back to the United States. Your Honor, I have really tried and I really want to change my life. The beautiful child that God sent to me changed my life. Ever since I arrived here in California, I have worked as a dishwasher in a restaurant in Claremont called Heroes and Legends. Slowly I found a better job, and now I work - well, I was working up until the day I was arrested in the hospital - in a plant nursery in San Dimas. I send a little money to my mother and my daughter, as well as to my brother for his medications. Your Honor, I am asking you with all my heart not to be too harsh with me. I am the only support my family has, and I have really tried to change. I don't do the bad things I used to do before, and I am straightening out my life. I go to church now - the Church is called Rios de Agua Viva (Waters of Living Waters), and it is in Pomona. I have also had problems in my life with the way I drink, and today I am giving thanks to God that I don't drink the way I used to. I go to my meetings of Alcoholics Anonymous, and I have begun to see changes in my life.

Your Honor, I pray to God every day that, with his help, and if he does not let go of my hand, I will become a good human being, a good father, a good son, but above all to be, day by day, a better Christian. During the time I have spent here I have been attending bible studies, and it has been very helpful to me. I am taking advantage of my time here.

Well, in short, I want to tell you about the reason for my arrest. I ended up in the hospital in Pomona on April 27 of this year for alcohol poisoning. After several hours, and after the detoxification, I got out of the hospital and I was detained by some officers who asked me if I had an arrest warrant. They took me to the jail in West Valley. After several hours they let me go, and when I was on my way out of the lobby I was detained again by other officers from Immigration. That is the problem I find myself in at this time. Your Honor, as you can see I haven't done anything bad. As I said before, I realize that my previous life wasn't very good, but I swear to you on my life that now I am a good person, a human being who wants to give a better life to his daughter and his family, and that I am trying to be a better quality human being. Really, I like to work now, and on my days off I like to go to church and do my daily tasks. Who doesn't like to eat good food and do good things?

Your Honor, I simply ask you to give me a chance. I think that we all need a second chance. PLEASE, for my family. They need my support, and I need to be free to go on working. PLEASE. From my heart I ask

you for one last chance. I apologize for my previous deportations, and also for the mistakes I made in the past.

I really apologize for my mistakes. Forgive me.

I am just asking you for my freedom so I can go on working and help my family. PLEASE, I ASK YOU TO GIVE ME ONE LAST CHANCE. PLEASE. THANK YOU, AND FORGIVE ME FOR WRITING YOU THESE LINES. THANK YOU FOR YOUR TIME.

YOU HAVE THE LAST WORD, AND I RESPECT YOU, YOUR HONOR. I ACCEPT YOUR CONDITIONS. THANK YOU IN ADVANCE. I AM VERY GRATEFUL, AND THANK YOU VERY MUCH. May you have an EXCELLENT DAY.

God bless you.

Ernesto Gil


[Written on envelope: HEBREWS 13:16   DO NOT FORGET TO DO GOOD AND SHARE WHAT YOU HAVE WITH OTHERS, AS THESE ARE THE SACRIFICES THAT ARE PLEASING TO GOD.)

## DECLARATION OF INTERPRETER

I, Cecilia Gutierrez, state the following: I am a Court Interpreter certified by the Administrative Office of the United States Courts and the Judicial Council of California. I have translated the attached letter from Spanish to English to the best of my abilities. I declare under penalty of perjury that this is an accurate and correct translation of the document described below.

## DESCRIPTION OF DOCUMENT

LETTER FROM DEFENDANT

Executed this 28th day of August of 2018, in Los Angeles, California.

UNITED STATES OF AMERICA

v.

Ernesto Gil-Camacho

Case N.º 18-1177-PSG

Requested By:

Summer Lacey

Deputy Federal Public Defender

321 E. Second St.

Los Angeles, California 90012

_____
Cecilia Gutierrez
Staff Interpreter
Office of the Federal Public Defender

...

Hoja #1

5:15 am

Agosto 15

Honorable Philip S. Gutierrez:

Primeramente muy buen día, Sr. Philip S. Gutierrez, el día de hoy me dirijo a escribirle esta carta contándole un poco de mi vida.

De antemano yo se que mi vida pasada no fue muy buena, no hise cosas buenas, por el mismo motivo fui varias veces a prisión, la ultima vez que fui deportado regrese a la Ciudad de Mexico, tuve una hermosa niña, busque y trate por todos los medios de conseguir un buen empleo, se me hizo muy dificil suplementar los gastos, mi Madre ya tiene una edad avanzada, la Madre de mi hija es adicta a las drogas y yo me hago cargo de ellas, mi hermano me ayudaba con esta situacion; En esos tiempos nos enteramos que mi hermano fue Infectado con el VIH, el poco a poco va perdiendo sus defensas, y en los trabajos pues lo descansan, pues el ya no aguanta y se hace mas devil día a día;

→

trate y busque la posibilidad de volver a cruzar a este pais, tuve la oportunidad de volver a llegar a los Estados Unidos en verdad Sr. Juez he tratado y Quiero Cambiar mi Vida esa niña hermosa que me mando Dios me cambio mi Vida. Desde que llegue aqui a California, trabaje de lavatrastes en un Restaurat en Claremont, se llama Heroes y Legends poco a poco busque algo mejor ahora trabajo, mas bien trabajaba en una Nursuri de Plantas en San Dimas asta el dia que me obtuvieron en el hospital he trabajado ahi; le mando su dimento a mi Madre y a mi hija y un apoyo para los medicamentos de mi hermana; Sr. Juez yo le pido con todo mi Corazon que no sea tan duro conmigo en verdad. Soy el unico Apoyo que tiene mi familia, en verdad he tratado de Cambiar, Ya no hago las cosas malas que asia antes Voy enderezando mi Vida, ahora asisto a la Iglesia Rios de Agua Viva que esta en la

Hoja #2

Ciudad de Pomona, tambien en mi vida he tenido problemas con mi manera de beber, el dia de hoy, le doy gracias a DIOS, pues ya no bebo como antes asisto a mis Juntas de Alcoholicos Anonimos, y en mi vida empiezo a ver los cambios.

Sr. Juez, a diario yo le pido a DIOS que con su ayuda y no me suelte de su mano, poder ser un buen Ser humano buen Padre, buen hijo pero sobre todo ser cada dia un mejor Cristiano; aqui el tiempo que llevo, he estado recibiendo Estudios Biblicos, me sirve mucho y aprovecho mi tiempo.

Bueno en pocas palabras le comento la razon de mi detencion, Fui a dar al hospital de Pomona el 27 de abril de este año por una Intoxicacion Alcoholica despues de horas y pasada mi desentoxicacion, sali del hospital y me detuvieron unos oficiales, para revisar si tenia alguna orden de arresto, me llevaron al Condado de West valley, despues de varias horas me dejaron en libertad; ya saliendo →

del lobby me vuelven a detener otros oficiales de migracion, y asta el momento este es mi problema, Sr. Juez como vera no he hecho nada malo y como le menciono una vez mas, yo se que mi vida anterior no ~~fue muy buena, pero le aseguro~~ por mi vida, que ahora soy una persona buena, un Ser humano que le quiere dar lo mejor a su hija y familia, y que trato de ser un Ser humano de buena calidad, en Serio, ahora, me gusta trabajar me gusta los dias que descanso asistir a la Iglesia hacer mis quiaseres, a quien no le gusta Comer bien, y hacer cosas buenas.

Simplemente le pido Sr. Juez, deme una oportunidad, yo pienso que todos necesitamos de una segunda oportunidad, PORFAVOR, mi FAMILIA necesita mi Apoyo, Yo necesito estar LIBRE para seguir TRABAJANDO. PORFAVOR

Hoja #3

Con el Corazon en la Mano Deme Una Ultima Oportunidad, Le Pido Mil Disculpas por las deportaciones anteriores, y mas Disculpas por las faltas que cometi anteriormente.

① De Vernan Pido Disculpas Por Mis Errores Y Perdon.

Solo Le Pido Mi Libertad Para Seguir Trabajando y Ayudar A Mi Familia Porfavor Le Pido Una Ultima oportunidad Porfavor. Muchas Gracias y Disculpeme Por escribirle estas lineas Gracias Por su Tiempo. Usted Tiene La Ultima Palabra y Yo Lo Respeto Sr. Juez. Y Acepto sus Condisiones. Gracias ① De Antemano Se lo Agradesco y Muchisimas Gracias que Pase un Exelente Dia.

① Dios lo Bendice.

Ernesto Gil